**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-8040

DEANTHONY DOANE,

                Plaintiff – Appellant,

        v.

HAROLD CLARKE, VDOC Director; LESLIE FLEMING, KMCC Warden;
J. H. ROBBIN, Sergeant KMCC; C/O R. W. DOWDY, KMCC; C/O E.
M. WALK, KMCC; C/O M. CORDLE, KMCC; C/O J. SHELTON, KMCC,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:14-cv-00539-GEC-RSB)

Submitted:  August 8, 2016            Decided:  August 16, 2016

Before SHEDD and AGEE, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

DeAnthony Doane, Appellant Pro Se.   Nancy Hull Davidson,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAnthony Doane appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Doane v. Clarke, No. 7:14-cv-00539-GEC-RSB (W.D. Va. Dec. 8, 2015). The motions to submit an affidavit in response to the district court's judgment, for an order compelling discovery, and for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED